UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re

Rochelle Talbert

Order Filed on November 29, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-28514-CMG

Adv. No.:

Hearing Date: 11/28/17

Judge: Christine M. Gravelle

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 29, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of Mehul Shah. under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain residential premises as hereinafter set forth, and for cause shown,

ORDERED that the automatic stay of Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights to evict the debtor from the property described below to the extent and in the manner provided by any applicable lease documents and nonbankrutpcy law.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

**Description of Leased Premises:**

17 Bristol Drive, North Brunswick,
New Jersey  08902

CERTIFICATE OF MAILING

I HEREBY CERTIFY that a copy of the foregoing order was served on the following:
MOVANT.

Jeanne A. Naughton, Clerk