UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

ATKINSON & DEBARTOLO, P.C
The Galleria, 2 Bridge Avenue, P.O. Box 8415
Red Bank, New Jersey 07701
BA 9186
Attorney for: Trustee Bunce D. Atkinson

Order Filed on April 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

ROCHELLE TALBERT,

    Debtor.

Case No. 17-28514

Hearing Date: April 3, 2018 at 10:00 A.M.

Judge: Honorable Christine M. Gravelle

## ORDER DISMISSING CASE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 3, 2018**

*Honorable Christine M. Gravelle*
United States Bankruptcy Judge

**PAGE 2**

Debtor: Rochelle Talbert

Case No.: 17-28514/CMG

Caption of Order: Order Dismissing Case

---

**THIS MATTER** having been brought before the Court by Atkinson & DeBartolo, P.C., attorneys for the Trustee, Bunce D. Atkinson, Esq., Bunce D. Atkinson, Esq. appearing, and notice having been provided to the attorney for the Debtor, Yakov Rudikh, Esq. the Debtor, Rochelle Talbert, and the Office of the United States Trustee and the Court having considered the pleadings filed herein, and for good cause shown,

It is **ORDERED** as follows:

1. The Debtor's Chapter 7 case be and hereby is dismissed.